UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRAD CAVALIER (#288601)                                    CIVIL ACTION

VERSUS                                                     NO. 22-924-JWD-EWD

BROCK POCHE, ET AL.

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 15, 2023 (Doc. 6), to no objection was filed;

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A due to Plaintiff Brad Cavalier's failure to exhaust administrative remedies before filing suit in this Court, as required by 42 U.S.C. § 1997e.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 28, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Ford is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."